Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Marlon E. Youngblood** : | Case No. 15−20855−GLT |
| **Lisa R. Baldwin** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 124 |
| v. : | |
| **No Respondents** : | Hearing Date: 10/28/20 at 11:00 AM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 26th of August, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 124 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before October 13, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *October 28, 2020 at 11:00 AM* in Telephone Conference, Please consult procedures, Judge Taddonio's webpage, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-20855-GLT
Marlon E. Youngblood                                                    Chapter 13
Lisa R. Baldwin
      Debtors                **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: jhel              Page 1 of 3          Date Rcvd: Aug 26, 2020
                              Form ID: 604            Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
```
db/jdb         +Marlon E. Youngblood,    Lisa R. Baldwin,    405 North Holland Avenue,    Braddock, PA 15104-1212
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, suite 4000,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1956
14011019       +Aes/pnc Bank,    1200 N 7th St,    Harrisburg, PA 17102-1419
14011022        American Coradius International LLC,     2420 Sweet Home Road,    Suite 150,
                 Amherst, NY 14228-2244
14011025       +Atlantic Credit & Finance,    c/o Javtich Block & Rathbone,     1100 Superior Avenue  19th Floor,
                 Cleveland, OH 44114-2521
14011026       +Atlantic Credit and Finance,    c/o Frederic I. Weinberg,    1001 E. Hector Street,   Suite 220,
                 Conshohocken, PA 19428-2395
14056074       +Borough of Rankin,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14011028      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2222
                (address filed with court: Citifinancial,      300 Saint Paul Pl.,    Baltimore, MD 21202)
14015724       #CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
14011029       +Citimortgage Inc,    fka First Nationwide Mortgage Corp,    1000 Technology Drive,
                 O Fallon, MO 63368-2240
14011030        Citmortgage Inc,    5280 Corp Drive #0002,    Frederick, MD 21701
14011034        Duquesne Light Company,    c/o Peter J. Ashcroft, Esq.,    Bernstein Law Firm PC,
                 Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
14071016        ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408
14011035       +Edwin A. Abrahamsen & Associates,     1729 Pittston Avnue,    Scranton, PA 18505-4794
14011038       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14011041        Lowes/MBGA/GEMB,    PO Box 956005,    Roswell, GA 30076
14033953        MAIN STREET ACQUISITION CORP., ASSIGNEE,     OF HSBC CARD SERVICES (III) INC.,
                 C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14011042       +Micharl Ratchford,    120 North Keyser Avenue,    Scranton, PA 18504-9701
14280394       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Blvd #110,
                 Oklahoma City, OK 73118-6051
14011046        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14011048        Peoples Natural Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14011052       +Powers, Kirn & Javardian,LLC,     1310 Industrial Blvd.,    1st Floor/Suite 101,
                 Southampton, PA 18966-4030
14011053       +Rankin Boro,    Portnoff Law Associates, LTD,    PO Box 3020,    Norristown, PA 19404-3020
14011054       +Statewide Credit Association,     Po Box 781268,    Indianapolis, IN 46278-8268
14011056       +The Law Offices of Michael K. Sipes,     9381 East Stockton Blvd.,    Suite 116,
                 Elk Grove, CA 95624-5069
14011057       +University Of Pittsbur,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
14011058       +University of Pittsburgh,    ATTN LEGAL DEPT,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
14011060       +Wilkinsburg-Penn Joint Water Authority,     2200 Robinson Blvd.,    Pittsburgh, PA 15221-1193
14011061       +Winchester Thurston School Cit Campus,     Financial/Legal Department,    555 Morewood Ave,
                 Pittsburgh, PA 15213-2810
14053018       +Woodland Hills SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
dft             E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 27 2020 05:00:59     Internal Revenue Service,
                 Office of Chief Counsel,    Room 806,    Wm. S. Moorhead Federal Bldg.,    Pittsburgh, PA  15222
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 27 2020 05:04:55
                 Recovery Management Systems Corporation,     25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: giglmi@whsd.net Aug 27 2020 05:03:41     Woodland Hills School District,
                 Administrative Office,    2430 Greensburg Pike,    Pittsburgh, PA 15221-3611
14011024        E-mail/Text: bnc-applied@quantum3group.com Aug 27 2020 05:03:04     Applied Card Bank,
                 4700 Exchange Court,    Boca Raton, FL 33431
14011021       +E-mail/Text: EBNProcessing@afni.com Aug 27 2020 05:02:42     Afni, Inc.,    Attn: Bankruptcy,
                 PO Box 3097,    Bloomington, IL 61702-3097
14011020        E-mail/Text: EBNProcessing@afni.com Aug 27 2020 05:02:42     Afni, Inc.,
                 1310 Martin Luther King Drive,    PO Box 3427,    Bloomington, IL 61702-3427
14021680       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 27 2020 05:01:04
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14011023       +E-mail/Text: bnc-applied@quantum3group.com Aug 27 2020 05:03:05     Applied Card Bank,
                 Attention: Bankruptcy,    Po Box 17125,    Wilmington, DE 19850-7125
14011027       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:06:01
                 CACH, LLC/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco Street,
                 2nd Floor,    Denver, CO 80237-3485
14011031       +E-mail/Text: documentfiling@lciinc.com Aug 27 2020 05:00:26     Comcast,    300 Corliss Street,
                 Pittsburgh, PA 15220-4864
```

```
District/off: 0315-2              User: jhel                Page 2 of 3                  Date Rcvd: Aug 26, 2020
                                  Form ID: 604              Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14011032       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 27 2020 05:03:42
                 Credit Collections Srv.,    Po Box 9134,    Needham, MA 02494-9134
14011033       +E-mail/Text: bdsupport@creditmanagementcompany.com Aug 27 2020 05:03:08
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14078658       +E-mail/Text: kburkley@bernsteinlaw.com Aug 27 2020 05:03:28        Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14011036       +E-mail/Text: bknotice@ercbpo.com Aug 27 2020 05:02:34        Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14011037       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 27 2020 05:01:04        Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
14011040       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:09        Lane Bryant,
                 4590 E. Broad Street,    Columbus, OH 43213-1301
14011043       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2020 05:02:17        Midland Credit Management Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
14011044       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2020 05:02:17        Midland Credit Management, Inc,
                 8875 Aero Drive,    San Diego, CA 92123-2255
14011047       +E-mail/Text: bankruptcydepartment@tsico.com Aug 27 2020 05:03:24        NCO Financial,
                 PO Box 15618,    Wilmington, DE 19850-5618
14011045       +E-mail/Text: bankruptcydepartment@tsico.com Aug 27 2020 05:03:25        Nco Fin /99,
                 Po Box 15636,    Wilmington, DE 19850-5636
14011049        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:04:44        Portfolio Rc,
                 Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
14011050        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:05:46
                 Portfolio Recovery,    120 Corporate Blvd.,    Suite 1,    Norfolk, VA 23502
14011051        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:05:46
                 Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
14035399        E-mail/PDF: rmscedi@recoverycorp.com Aug 27 2020 05:05:55
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14048033        E-mail/Text: appebnmailbox@sprint.com Aug 27 2020 05:02:09        Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
14011055       +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Aug 27 2020 05:03:48
                 Statewide Credit Association,    6947 Hillsdale Court,    Indianapolis, IN 46250-2054
14011059       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 27 2020 05:00:19
                 Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
                 Bloomington, IL 61702-3397
                                                                                               TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CITIMORTGAGE, INC.
cr             Duquesne Light Company
cr             MidFirst BAnk,    Aldridge Pite, LLP
cr             MidFirst Bank
cr*           +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*           +Borough of Rankin,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14011039*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel                 Page 3 of 3              Date Rcvd: Aug 26, 2020
                              Form ID: 604               Total Noticed: 58
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:

```
          Albert G. Reese, Jr.    on behalf of Joint Debtor Lisa R. Baldwin areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Albert G. Reese, Jr.    on behalf of Debtor Marlon E. Youngblood areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Albert G. Reese, Jr.    on behalf of Plaintiff Lisa R. Baldwin areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Albert G. Reese, Jr.    on behalf of Plaintiff Marlon E. Youngblood areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James  Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor   Borough of Rankin jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Jeffrey R. Hunt    on behalf of Creditor   Woodland Hills School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jill  Locnikar    on behalf of Creditor   United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
          Jill  Manuel-Coughlin    on behalf of Creditor   CITIMORTGAGE, INC. bankruptcy@powerskirn.com
          Katherine M. Reinhart    on behalf of Defendant   Internal Revenue Service
           Katherine.Reinhart@usdoj.gov,  Eastern.Taxcivil@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          William E. Craig    on behalf of Creditor   Americredit Financial Services, Inc. dba GM Financial
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 15
```