**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   MARLON E. YOUNGBLOOD
   LISA R. BALDWIN
        Debtor(s)

   Ronda J. Winnecour
    Chapter 13 Trustee,
        Movant
      vs.
   No Respondents.

Case No.:15-20855

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/14/2015 and confirmed on 8/2/16. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 105,943.06 |
| Less Refunds to Debtor | 2,789.84 | |
| TOTAL AMOUNT OF PLAN FUND | | 103,153.22 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 4,558.15 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,558.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB*<br>    Acct: 7218 | 0.00 | 36,003.10 | 0.00 | 36,003.10 |
|   MIDFIRST BANK SSB*<br>    Acct: 7218 | 10,141.60 | 10,141.60 | 0.00 | 10,141.60 |
|   RANKIN BORO - REAL ESTATE TAX<br>    Acct: XXXXXXXXXXXXXX3,14 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WOODLAND HILLS SD (RANKIN)(RE)<br>    Acct: XXXXXX0:13 | 21.26 | 21.26 | 5.35 | 26.61 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 6438 | 9,716.36 | 9,716.36 | 616.95 | 10,333.31 |
|   WOODLAND HILLS SD (RANKIN)(RE)<br>    Acct: XXXXXXXX5;13 | 15.68 | 15.68 | 4.43 | 20.11 |
|   WOODLAND HILLS SD (RANKIN)(RE)<br>    Acct: XXXXXXXXXXXXXNON% | 11.17 | 11.17 | 0.00 | 11.17 |
|   RANKIN BORO - TRASH FEES<br>    Acct: XXXXXXXXXXX7-13 | 1,137.00 | 1,137.00 | 243.33 | 1,380.33 |
|   RANKIN BORO - TRASH FEES<br>    Acct: XXXXXXXXXXXXXXXXNON% | 1,729.82 | 1,729.82 | 0.00 | 1,729.82 |
|   RANKIN BORO - REAL ESTATE TAX<br>    Acct: XXXXXXXXXXX0,12 | 16.63 | 16.63 | 4.63 | 21.26 |
|   AMERICREDIT FINANCIAL SVCS INC DBA<br>    Acct: 4339 | 5,516.40 | 5,516.40 | 893.20 | 6,409.60 |
| | | | | 66,076.91 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MARLON E. YOUNGBLOOD<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MARLON E. YOUNGBLOOD<br>    Acct: | 2,789.84 | 2,789.84 | 0.00 | 0.00 |
|   LAW OFFICE OF ALBERT G REESE JR<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ALBERT G REESE JR ESQ<br>    Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* | 23,230.51 | 23,230.51 | 0.00 | 23,230.51 |
|   Acct: 0622 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 375.00 | 375.00 | 0.00 | 375.00 |
|   Acct: 4339 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|   Acct: XXXXXXXX GLT | | | | |
| | | | | 23,915.51 |
| **Unsecured** | | | | |
| UNIVERSITY OF PITTSBURGH | 444.97 | 444.97 | 0.00 | 444.97 |
|   Acct: 0622 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,492.40 | 185.06 | 0.00 | 185.06 |
|   Acct: 0622 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 995.78 | 123.48 | 0.00 | 123.48 |
|   Acct: 9770 | | | | |
| ECMC(*) | 7,421.49 | 920.26 | 0.00 | 920.26 |
|   Acct: 6438 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0001 | | | | |
| APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8338 | | | | |
| ATLANTIC CREDIT & FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2320 | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1132 | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0920 | | | | |
| COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5002 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0127 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0228 | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0000 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1390 | | | | |
| HEALTH AMERICA ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2K75 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6924 | | | | |
| LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2998 | | | | |
| GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2846 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2752 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9014 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9524 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9013 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0571 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2998 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2846 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4002 | | | | |
| | STATEWIDE CREDIT ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1228 | | | | |
| | UNIVERSITY OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2008 | | | | |
| | UPMC EAST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4314 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0701 | | | | |
| | VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1901 | | | | |
| | WINCHESTER-THURSTON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | MAIN STREET ACQUISITIONS CORP | 2,631.88 | 326.35 | 0.00 | 326.35 |
| | Acct: 4269 | | | | |
| | INTERNAL REVENUE SERVICE* | 19,912.51 | 2,469.15 | 0.00 | 2,469.15 |
| | Acct: 6438 | | | | |
| | SPRINT CORP(*) | 1,075.66 | 133.38 | 0.00 | 133.38 |
| | Acct: 7898 | | | | |
| | ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 4,602.65 |

TOTAL PAID TO CREDITORS                                                                      94,595.07

TOTAL CLAIMED
PRIORITY          23,915.51
SECURED           28,305.92
UNSECURED         33,974.69


Date: 08/25/2020                                   /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARLON E. YOUNGBLOOD
    LISA R. BALDWIN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-20855

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                          BY THE COURT:

                                          _____
                                          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20855-GLT
Marlon E. Youngblood                                                      Chapter 13
Lisa R. Baldwin
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3           Date Rcvd: Aug 26, 2020
                              Form ID: pdf900         Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
```
db/jdb         +Marlon E. Youngblood,    Lisa R. Baldwin,    405 North Holland Avenue,    Braddock, PA 15104-1212
cr             +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, suite 4000,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1956
14011019       +Aes/pnc Bank,   1200 N 7th St,    Harrisburg, PA 17102-1419
14011022        American Coradius International LLC,    2420 Sweet Home Road,    Suite 150,
                 Amherst, NY 14228-2244
14011025       +Atlantic Credit & Finance,    c/o Javtich Block & Rathbone,    1100 Superior Avenue  19th Floor,
                 Cleveland, OH 44114-2521
14011026       +Atlantic Credit and Finance,    c/o Frederic I. Weinberg,    1001 E. Hector Street,   Suite 220,
                 Conshohocken, PA 19428-2395
14056074       +Borough of Rankin,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14011028      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2222
                (address filed with court: Citifinancial,     300 Saint Paul Pl.,   Baltimore, MD 21202)
14015724       #CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA 50368-8971
14011029       +Citimortgage Inc,    fka First Nationwide Mortgage Corp,    1000 Technology Drive,
                 O Fallon, MO 63368-2240
14011030        Citmortgage Inc,    5280 Corp Drive #0002,   Frederick, MD 21701
14011034        Duquesne Light Company,    c/o Peter J. Ashcroft, Esq.,    Bernstein Law Firm PC,
                 Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
14071016        ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408
14011035       +Edwin A. Abrahamsen & Associates,    1729 Pittston Avnue,    Scranton, PA 18505-4794
14011038       +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
14011041        Lowes/MBGA/GEMB,    PO Box 956005,   Roswell, GA 30076
14033953        MAIN STREET ACQUISITION CORP., ASSIGNEE,    OF HSBC CARD SERVICES (III) INC.,
                 C/O BECKET AND LEE LLP,    POB 3001,   MALVERN, PA 19355-0701
14011042       +Micharl Ratchford,    120 North Keyser Avenue,    Scranton, PA 18504-9701
14280394       +MidFirst Bank,    Bankruptcy Department,   999 NW Grand Blvd #110,
                 Oklahoma City, OK 73118-6051
14011046        Nco Fin/55,   Po Box 13570,    Philadelphia, PA 19101
14011048        Peoples Natural Gas,    PO Box 644760,   Pittsburgh, PA 15264-4760
14011052       +Powers, Kirn & Javardian,LLC,    1310 Industrial Blvd.,    1st Floor/Suite 101,
                 Southampton, PA 18966-4030
14011053       +Rankin Boro,   Portnoff Law Associates, LTD,    PO Box 3020,    Norristown, PA 19404-3020
14011054       +Statewide Credit Association,    Po Box 781268,    Indianapolis, IN 46278-8268
14011056       +The Law Offices of Michael K. Sipes,    9381 East Stockton Blvd.,    Suite 116,
                 Elk Grove, CA 95624-5069
14011057       +University Of Pittsbur,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
14011058       +University of Pittsburgh,    ATTN LEGAL DEPT,    127 Thackeray Hall,   Pittsburgh, PA 15213-2519
14011060       +Wilkinsburg-Penn Joint Water Authority,    2200 Robinson Blvd.,    Pittsburgh, PA 15221-1193
14011061       +Winchester Thurston School Cit Campus,    Financial/Legal Department,    555 Morewood Ave,
                 Pittsburgh, PA 15213-2810
14053018       +Woodland Hills SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
dft             E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 27 2020 05:01:01      Internal Revenue Service,
                 Office of Chief Counsel,    Room 806,   Wm. S. Moorhead Federal Bldg.,    Pittsburgh, PA  15222
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 27 2020 05:04:55
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: giglmi@whsd.net Aug 27 2020 05:03:41      Woodland Hills School District,
                 Administrative Office,    2430 Greensburg Pike,   Pittsburgh, PA 15221-3611
14011024        E-mail/Text: bnc-applied@quantum3group.com Aug 27 2020 05:03:05      Applied Card Bank,
                 4700 Exchange Court,    Boca Raton, FL 33431
14011021       +E-mail/Text: EBNProcessing@afni.com Aug 27 2020 05:02:42      Afni, Inc.,    Attn: Bankruptcy,
                 PO Box 3097,   Bloomington, IL 61702-3097
14011020        E-mail/Text: EBNProcessing@afni.com Aug 27 2020 05:02:42      Afni, Inc.,
                 1310 Martin Luther King Drive,    PO Box 3427,   Bloomington, IL 61702-3427
14021680       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 27 2020 05:01:04
                 AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
14011023       +E-mail/Text: bnc-applied@quantum3group.com Aug 27 2020 05:03:05      Applied Card Bank,
                 Attention: Bankruptcy,    Po Box 17125,   Wilmington, DE 19850-7125
14011027       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:05:04
                 CACH, LLC/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco Street,
                 2nd Floor,   Denver, CO 80237-3485
14011031       +E-mail/Text: documentfiling@lciinc.com Aug 27 2020 05:00:26      Comcast,    300 Corliss Street,
                 Pittsburgh, PA 15220-4864
```

```
District/off: 0315-2          User: jhel              Page 2 of 3           Date Rcvd: Aug 26, 2020
                              Form ID: pdf900         Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14011032       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 27 2020 05:03:42
                 Credit Collections Srv.,    Po Box 9134,    Needham, MA 02494-9134
14011033       +E-mail/Text: bdsupport@creditmanagementcompany.com Aug 27 2020 05:03:08
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14078658       +E-mail/Text: kburkley@bernsteinlaw.com Aug 27 2020 05:03:32      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14011036       +E-mail/Text: bknotice@ercbpo.com Aug 27 2020 05:02:36      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14011037       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 27 2020 05:01:04      Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
14011040       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:13      Lane Bryant,
                 4590 E. Broad Street,    Columbus, OH 43213-1301
14011043       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2020 05:02:17      Midland Credit Management Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
14011044       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2020 05:02:17      Midland Credit Management, Inc,
                 8875 Aero Drive,    San Diego, CA 92123-2255
14011047       +E-mail/Text: bankruptcydepartment@tsico.com Aug 27 2020 05:03:26      NCO Financial,
                 PO Box 15618,    Wilmington, DE 19850-5618
14011045       +E-mail/Text: bankruptcydepartment@tsico.com Aug 27 2020 05:03:26      Nco Fin /99,
                 Po Box 15636,    Wilmington, DE 19850-5636
14011049        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:05:51       Portfolio Rc,
                 Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
14011050        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:05:53
                 Portfolio Recovery,    120 Corporate Blvd.,    Suite 1,    Norfolk, VA 23502
14011051        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:05:54
                 Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
14035399        E-mail/PDF: rmscedi@recoverycorp.com Aug 27 2020 05:04:55
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14048033        E-mail/Text: appebnmailbox@sprint.com Aug 27 2020 05:02:09       Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
14011055       +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Aug 27 2020 05:03:49
                 Statewide Credit Association,    6947 Hillsdale Court,    Indianapolis, IN 46250-2054
14011059       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 27 2020 05:00:21
                 Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
                 Bloomington, IL 61702-3397
                                                                                               TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIMORTGAGE, INC.
cr              Duquesne Light Company
cr              MidFirst BAnk,    Aldridge Pite, LLP
cr              MidFirst Bank
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*            +Borough of Rankin,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14011039*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                       TOTALS: 4, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2                  User: jhel                    Page 3 of 3                  Date Rcvd: Aug 26, 2020
                                      Form ID: pdf900               Total Noticed: 58
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:

```
              Albert G. Reese, Jr.    on behalf of Joint Debtor Lisa R. Baldwin areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Debtor Marlon E. Youngblood areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Plaintiff Lisa R. Baldwin areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Plaintiff Marlon E. Youngblood areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James R. Wood     on behalf of Creditor    Borough of Rankin jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill Locnikar     on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
              Jill Manuel-Coughlin     on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@powerskirn.com
              Katherine M. Reinhart     on behalf of Defendant    Internal Revenue Service
               Katherine.Reinhart@usdoj.gov,    Eastern.Taxcivil@usdoj.gov
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 15
```