**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
FILED
10/19/20 4:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA
```

IN RE:
   MARLON E. YOUNGBLOOD
   LISA R. BALDWIN
        Debtor(s)

   Ronda J. Winnecour
        Movant
     vs.
   No Repondents.

Case No.:15-20855

Chapter 13

Document No.: 124

MODIFIED ORDER OF COURT

   AND NOW, this \_\_\_\_19th\_\_\_\_day of \_\_\_October\_\_\_\_, 20\_20\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case.

   (7) The Court will retain jurisdiction and the case will remain open pending resolution of the Adversary Case filed at Case No. 20-02118-GLT.

BY THE COURT:

_(signature)_
U.S. BANKRUPTCY JUDGE

DEFAULT ENTRY
cm: Debtors
Dated: 10/19/20

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-20855-GLT |
| Marlon E. Youngblood | Chapter 13 |
| Lisa R. Baldwin | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 4 |
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marlon E. Youngblood, Lisa R. Baldwin, 405 North Holland Avenue, Braddock, PA 15104-1212 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14011019 | + | Aes/pnc Bank, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 14011022 | | American Coradius International LLC, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 14011025 | + | Atlantic Credit & Finance, c/o Javtich Block & Rathbone, 1100 Superior Avenue 19th Floor, Cleveland, OH 44114-2521 |
| 14011026 | + | Atlantic Credit and Finance, c/o Frederic I. Weinberg, 1001 E. Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 14056074 | + | Borough of Rankin, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14011028 | ++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2222 address filed with court:, Citifinancial, 300 Saint Paul Pl., Baltimore, MD 21202 |
| 14011029 | + | Citimortgage Inc, fka First Nationwide Mortgage Corp, 1000 Technology Drive, O Fallon, MO 63368-2240 |
| 14011030 | | Citmortgage Inc, 5280 Corp Drive #0002, Frederick, MD 21701 |
| 14011034 | | Duquesne Light Company, c/o Peter J. Ashcroft, Esq., Bernstein Law Firm PC, Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14071016 | | ECMC, PO BOX 16408, ST. PAUL MN 55116-0408 |
| 14011035 | + | Edwin A. Abrahamsen & Associates, 1729 Pittston Avnue, Scranton, PA 18505-4794 |
| 14011038 | + | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14011041 | | Lowes/MBGA/GEMB, PO Box 956005, Roswell, GA 30076 |
| 14033953 | | MAIN STREET ACQUISITION CORP., ASSIGNEE, OF HSBC CARD SERVICES (III) INC., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14011042 | + | Micharl Ratchford, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14280394 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Blvd #110, Oklahoma City, OK 73118-6051 |
| 14011047 | + | NCO Financial, PO Box 15618, Wilmington, DE 19850-5618 |
| 14011046 | | Nco Fin/55, Po Box 13570, Philadelphia, PA 19101 |
| 14011048 | | Peoples Natural Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14011052 | + | Powers, Kirn & Javardian,LLC, 1310 Industrial Blvd., 1st Floor/Suite 101, Southampton, PA 18966-4030 |
| 14011053 | + | Rankin Boro, Portnoff Law Associates, LTD, PO Box 3020, Norristown, PA 19404-3020 |
| 14011054 | + | Statewide Credit Association, Po Box 781268, Indianapolis, IN 46278-8268 |
| 14011056 | + | The Law Offices of Michael K. Sipes, 9381 East Stockton Blvd., Suite 116, Elk Grove, CA 95624-5069 |
| 14011057 | + | University Of Pittsbur, 127 Thackeray Hall, Pittsburgh, PA 15213-2519 |
| 14011058 | + | University of Pittsburgh, ATTN LEGAL DEPT, 127 Thackeray Hall, Pittsburgh, PA 15213-2519 |
| 14011060 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |
| 14011061 | + | Winchester Thurston School Cit Campus, Financial/Legal Department, 555 Morewood Ave, Pittsburgh, PA 15213-2810 |
| 14053018 | + | Woodland Hills SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2020 02:02:00 | Internal Revenue Service, Office of Chief Counsel, Room 806, Wm. S. Moorhead Federal Bldg., |

Case 15-20855-GLT    Doc 137    Filed 10/21/20    Entered 10/22/20 01:19:39    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: nsha | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15222 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 20 2020 02:17:06 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: giglmi@whsd.net | Oct 20 2020 02:03:00 | Woodland Hills School District, Administrative Office, 2430 Greensburg Pike, Pittsburgh, PA 15221-3611 |
| 14011024 | | Email/Text: bnc-applied@quantum3group.com | Oct 20 2020 02:02:00 | Applied Card Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 14011021 | + | Email/Text: EBNProcessing@afni.com | Oct 20 2020 02:02:00 | Afni, Inc., Attn: Bankruptcy, PO Box 3097, Bloomington, IL 61702-3097 |
| 14011020 | | Email/Text: EBNProcessing@afni.com | Oct 20 2020 02:02:00 | Afni, Inc., 1310 Martin Luther King Drive, PO Box 3427, Bloomington, IL 61702-3427 |
| 14021680 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2020 02:02:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14011023 | + | Email/Text: bnc-applied@quantum3group.com | Oct 20 2020 02:02:00 | Applied Card Bank, Attention: Bankruptcy, Po Box 17125, Wilmington, DE 19850-7125 |
| 14011027 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2020 02:18:57 | CACH, LLC/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 14011031 | + | Email/Text: documentfiling@lciinc.com | Oct 20 2020 02:01:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 14011032 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2020 02:03:00 | Credit Collections Srv., Po Box 9134, Needham, MA 02494-9134 |
| 14011033 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 20 2020 02:02:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14078658 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 20 2020 02:02:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14011036 | + | Email/Text: bknotice@ercbpo.com | Oct 20 2020 02:02:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14011037 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2020 02:02:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14011040 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2020 02:02:00 | Lane Bryant, 4590 E. Broad Street, Columbus, OH 43213-1301 |
| 14011043 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2020 02:02:00 | Midland Credit Management Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 14011044 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2020 02:02:00 | Midland Credit Management, Inc, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 14011045 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 20 2020 02:02:00 | Nco Fin /99, Po Box 15636, Wilmington, DE 19850-5636 |
| 14011049 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2020 02:18:54 | Portfolio Rc, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14011050 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2020 02:18:55 | Portfolio Recovery, 120 Corporate Blvd., Suite 1, Norfolk, VA 23502 |
| 14011051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2020 02:17:59 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 14035399 | | Email/PDF: rmscedi@recoverycorp.com | Oct 20 2020 02:18:01 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14048033 | | Email/Text: appebnmailbox@sprint.com | Oct 20 2020 02:02:00 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, |

Case 15-20855-GLT   Doc 137   Filed 10/21/20   Entered 10/22/20 01:19:39   Desc
Imaged Certificate of Notice   Page 4 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 3 of 4 |
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 57 |

| | | | |
|---|---|---|---|
| | | | Overland Park KS 66207-0949 |
| 14011055 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com Oct 20 2020 02:03:00 | Statewide Credit Association, 6947 Hillsdale Court, Indianapolis, IN 46250-2054 |
| 14011059 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 20 2020 02:01:00 | Verizon Pen, Verizon Wireless Department/Attn: Bankru, Po Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIMORTGAGE, INC. |
| cr | | Duquesne Light Company |
| cr | | MidFirst BAnk, Aldridge Pite, LLP |
| cr | | MidFirst Bank |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Borough of Rankin, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14011039 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14015724 | ## | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| jdb | *+ | Lisa R. Baldwin, 405 North Holland Avenue, Braddock, PA 15104-1212 |

TOTAL: 4 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Marlon E. Youngblood areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Joint Debtor Lisa R. Baldwin areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Lisa R. Baldwin areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Marlon E. Youngblood areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 4 of 4 |
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 57 |

Brian Nicholas
    on behalf of Creditor MidFirst BAnk bnicholas@kmllawgroup.com

Catriona Madalyn Coppler
    on behalf of Defendant Internal Revenue Service Catriona.M.Coppler@usdoj.gov
    eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

James R. Wood
    on behalf of Creditor Borough of Rankin jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jeffrey R. Hunt
    on behalf of Creditor Woodland Hills School District jhunt@grblaw.com cnoroski@grblaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Manuel-Coughlin
    on behalf of Creditor CITIMORTGAGE  INC. bankruptcy@powerskirn.com

Katherine M. Reinhart
    on behalf of Defendant Internal Revenue Service Katherine.Reinhart@usdoj.gov Eastern.Taxcivil@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com,
    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 17