| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Marlon E. Youngblood** | Social Security number or ITIN  **xxx–xx–0622** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lisa R. Baldwin** | Social Security number or ITIN  **xxx–xx–6438** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **15–20855–GLT** | | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marlon E. Youngblood                    Lisa R. Baldwin

10/20/20                            **By the court:**    <u>Gregory L. Taddonio</u>
                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-20855-GLT |
| Marlon E. Youngblood | Chapter 13 |
| Lisa R. Baldwin | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 4 |
| Date Rcvd: Oct 20, 2020 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marlon E. Youngblood, Lisa R. Baldwin, 405 North Holland Avenue, Braddock, PA 15104-1212 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14011019 | + | Aes/pnc Bank, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 14011022 | | American Coradius International LLC, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 14011025 | + | Atlantic Credit & Finance, c/o Javtich Block & Rathbone, 1100 Superior Avenue 19th Floor, Cleveland, OH 44114-2521 |
| 14011026 | + | Atlantic Credit and Finance, c/o Frederic I. Weinberg, 1001 E. Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 14056074 | + | Borough of Rankin, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14011030 | | Citmortgage Inc, 5280 Corp Drive #0002, Frederick, MD 21701 |
| 14011034 | | Duquesne Light Company, c/o Peter J. Ashcroft, Esq., Bernstein Law Firm PC, Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14011035 | + | Edwin A. Abrahamsen & Associates, 1729 Pittston Avnue, Scranton, PA 18505-4794 |
| 14011041 | | Lowes/MBGA/GEMB, PO Box 956005, Roswell, GA 30076 |
| 14011042 | + | Micharl Ratchford, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14280394 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Blvd #110, Oklahoma City, OK 73118-6051 |
| 14011046 | | Nco Fin/55, Po Box 13570, Philadelphia, PA 19101 |
| 14011048 | | Peoples Natural Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14011052 | + | Powers, Kirn & Javardian,LLC, 1310 Industrial Blvd., 1st Floor/Suite 101, Southampton, PA 18966-4030 |
| 14011053 | + | Rankin Boro, Portnoff Law Associates, LTD, PO Box 3020, Norristown, PA 19404-3020 |
| 14011054 | + | Statewide Credit Association, Po Box 781268, Indianapolis, IN 46278-8268 |
| 14011056 | + | The Law Offices of Michael K. Sipes, 9381 East Stockton Blvd., Suite 116, Elk Grove, CA 95624-5069 |
| 14011057 | + | University Of Pittsbur, 127 Thackeray Hall, Pittsburgh, PA 15213-2519 |
| 14011058 | + | University of Pittsburgh, ATTN LEGAL DEPT, 127 Thackeray Hall, Pittsburgh, PA 15213-2519 |
| 14011060 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |
| 14011061 | + | Winchester Thurston School Cit Campus, Financial/Legal Department, 555 Morewood Ave, Pittsburgh, PA 15213-2810 |
| 14053018 | + | Woodland Hills SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2020 01:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2020 01:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| dft | | EDI: IRS.COM | Oct 21 2020 04:43:00 | Internal Revenue Service, Office of Chief Counsel, Room 806, Wm. S. Moorhead Federal Bldg., Pittsburgh, PA 15222 |
| cr | | EDI: RECOVERYCORP.COM | Oct 21 2020 04:43:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: giglmi@whsd.net | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Oct 21 2020 01:55:00 | Woodland Hills School District, Administrative Office, 2430 Greensburg Pike, Pittsburgh, PA 15221-3611 |
| 14011024 | EDI: APPLIEDBANK.COM | Oct 21 2020 04:43:00 | Applied Card Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 14011021 | + EDI: AFNIRECOVERY.COM | Oct 21 2020 04:43:00 | Afni, Inc., Attn: Bankruptcy, PO Box 3097, Bloomington, IL 61702-3097 |
| 14011020 | EDI: AFNIRECOVERY.COM | Oct 21 2020 04:43:00 | Afni, Inc., 1310 Martin Luther King Drive, PO Box 3427, Bloomington, IL 61702-3427 |
| 14021680 | + EDI: PHINAMERI.COM | Oct 21 2020 04:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14011023 | + EDI: APPLIEDBANK.COM | Oct 21 2020 04:43:00 | Applied Card Bank, Attention: Bankruptcy, Po Box 17125, Wilmington, DE 19850-7125 |
| 14011027 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2020 01:34:43 | CACH, LLC/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 14011028 | + EDI: CITICORP.COM | Oct 21 2020 04:43:00 | Citifinancial, 300 Saint Paul Pl., Baltimore, MD 21202 |
| 14015724 | EDI: CITICORP.COM | Oct 21 2020 04:43:00 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 14011029 | + EDI: CITICORP.COM | Oct 21 2020 04:43:00 | Citimortgage Inc, fka First Nationwide Mortgage Corp, 1000 Technology Drive, O Fallon, MO 63368-2240 |
| 14011031 | + EDI: COMCASTCBLCENT | Oct 21 2020 04:43:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 14011032 | + EDI: CCS.COM | Oct 21 2020 04:43:00 | Credit Collections Srv., Po Box 9134, Needham, MA 02494-9134 |
| 14011033 | + Email/Text: bdsupport@creditmanagementcompany.com | Oct 21 2020 01:55:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14078658 | + Email/Text: kburkley@bernsteinlaw.com | Oct 21 2020 01:55:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14071016 | EDI: ECMC.COM | Oct 21 2020 04:43:00 | ECMC, PO BOX 16408, ST. PAUL MN 55116-0408 |
| 14011036 | + Email/Text: bknotice@ercbpo.com | Oct 21 2020 01:55:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14011037 | + EDI: PHINAMERI.COM | Oct 21 2020 04:43:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14011038 | + EDI: HFC.COM | Oct 21 2020 04:43:00 | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14011040 | + EDI: WFNNB.COM | Oct 21 2020 04:43:00 | Lane Bryant, 4590 E. Broad Street, Columbus, OH 43213-1301 |
| 14033953 | EDI: BL-CREDIGY.COM | Oct 21 2020 04:43:00 | MAIN STREET ACQUISITION CORP., ASSIGNEE, OF HSBC CARD SERVICES (III) INC., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14011043 | + EDI: MID8.COM | Oct 21 2020 04:43:00 | Midland Credit Management Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 14011044 | + EDI: MID8.COM | Oct 21 2020 04:43:00 | Midland Credit Management, Inc, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 14011047 | + Email/Text: bankruptcydepartment@tsico.com | Oct 21 2020 01:55:00 | NCO Financial, PO Box 15618, Wilmington, DE 19850-5618 |

Case 15-20855-GLT   Doc 138   Filed 10/22/20   Entered 10/23/20 01:33:29   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: nsha | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: 3180W | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| 14011045 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 21 2020 01:55:00 | Nco Fin /99, Po Box 15636, Wilmington, DE 19850-5636 |
| 14011049 | | EDI: PRA.COM | Oct 21 2020 04:43:00 | Portfolio Rc, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14011050 | | EDI: PRA.COM | Oct 21 2020 04:43:00 | Portfolio Recovery, 120 Corporate Blvd., Suite 1, Norfolk, VA 23502 |
| 14011051 | | EDI: PRA.COM | Oct 21 2020 04:43:00 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 14035399 | | EDI: RECOVERYCORP.COM | Oct 21 2020 04:43:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14048033 | | EDI: NEXTEL.COM | Oct 21 2020 04:43:00 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14011055 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 21 2020 01:55:00 | Statewide Credit Association, 6947 Hillsdale Court, Indianapolis, IN 46250-2054 |
| 14011059 | + | EDI: VERIZONCOMB.COM | Oct 21 2020 04:43:00 | Verizon Pen, Verizon Wireless Department/Attn: Bankru, Po Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIMORTGAGE, INC. |
| cr | | Duquesne Light Company |
| cr | | MidFirst BAnk, Aldridge Pite, LLP |
| cr | | MidFirst Bank |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Borough of Rankin, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14011039 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| jdb | *+ | Lisa R. Baldwin, 405 North Holland Avenue, Braddock, PA 15104-1212 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | |

Case 15-20855-GLT    Doc 138    Filed 10/22/20    Entered 10/23/20 01:33:29    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: nsha | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 20, 2020 | Form ID: 3180W | Total Noticed: 60 |

| | |
| --- | --- |
| | on behalf of Debtor Marlon E. Youngblood areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Joint Debtor Lisa R. Baldwin areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Lisa R. Baldwin areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Marlon E. Youngblood areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst BAnk bnicholas@kmllawgroup.com |
| Catriona Madalyn Coppler | on behalf of Defendant Internal Revenue Service Catriona.M.Coppler@usdoj.gov eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov |
| James R. Wood | on behalf of Creditor Borough of Rankin jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jill Manuel-Coughlin | on behalf of Creditor CITIMORTGAGE  INC. bankruptcy@powerskirn.com |
| Katherine M. Reinhart | on behalf of Defendant Internal Revenue Service Katherine.Reinhart@usdoj.gov  Eastern.Taxcivil@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 17