# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lisa R. Baldwin<br>       Marlon E. Youngblood<br><br>                    Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>                    Movant<br>        vs.<br><br>Lisa R. Baldwin<br>Marlon E. Youngblood<br>                    Debtor(s)<br><br>Ronda J. Winnecour<br>                    Trustee | CHAPTER 13<br><br><br><br><br>NO. 15-20855 GLT<br><br><br><br><br>11 U.S.C. Section 362 |

## ORDER OF COURT

**TO THE CLERK OF THE BANKRUPTCY COURT:**

AND NOW, this _____ day of _____ ,2020, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be hereby is Denied as withdrawn. The hearing in this matter scheduled for November 18, 2020 at 9:00 A.M. is canceled.

BY THE COURT:

_____ J.
U.S. Bankruptcy Judge

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

November 16, 2020