FILED
11/20/20 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re*: | Case No. 15-20855-GLT |
| **LISA R. BALDWIN,** and **MARLON E. YOUNGBLOOD,** | Chapter 13 |
| *Debtors.* | |
| **MIDFIRST BANK,** | |
| *Movant*, | |
| v. | Related Dkt. Nos. 129, 136, and 139 |
| **LISA R. BALDWIN,** and **MARLON E. YOUNGBLOOD,** | |
| *Respondents.* | |

# ORDER

The Court conducted a hearing on November 18, 2020 to consider MidFirst Bank's *Motion for Relief from the Automatic Stay* [Dkt. No. 129] and the Debtors' *Response* [Dkt. No. 136]. Although MidFirst filed a proposed order attempting to withdraw the *Motion* [Dkt. No. 139], the request was not granted because the Court wanted the parties to address certain discrepancies in their papers. In particular, the Debtors claim to have made all postpetition mortgage payments since June 1, 2020, while MidFirst contends the mortgage obligations are in default. Because counsel for MidFirst failed to appear for the hearing, the Court could not address these items in further detail, thereby necessitating a continuance.

For the forgoing reasons and the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. **On or before December 4, 2020**, counsel for MidFirst Bank shall initiate a telephonic (or digital) meet and confer with Debtors' counsel at a mutually agreeable date and time.  During the meet and confer, the parties shall be prepared to address the status of the Debtors' mortgage payments from June 1, 2020 through November 30, 2020 for the purpose of determining whether:  (a) the Debtors made all required payments, and (b) such payments were actually received by MidFirst and accurately credited to the Debtors' account.

2. To the extent the parties are unable to agree on the status of the Debtors' mortgage payment obligations at the meet and confer, then **on or before December 9, 2020**, the Debtors shall file copies of all mortgage payments made to MidFirst from June 1, 2020 through November 30, 2020 (including but not limited to, copies of all checks or money orders submitted and the dates of such payments).

3. **On or before December 23, 2020**, in response to the Debtors' submission as required above, MidFirst shall file a copy of the Debtors' mortgage account transaction history indicating all payments received and credited to the Debtors' account from June 1, 2020 through November 30, 2020.

4. The hearing on the *Motion for Relief from the Automatic Stay* [Dkt. No. 129] is **CONTINUED** to **January 13, 2021, at 9 a.m.  Counsel for MidFirst Bank shall appear at the continued hearing.**  The hearing will be held via Zoom video conference. Parties that wish to participate in the hearing shall consult Judge Taddonio's Modified Procedures and register for the hearing.

5. The Court retains jurisdiction to address the *Motion* and any related factual disputes.

Dated: November 20, 2020

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor

2