IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/20/20 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| *In re*: | Case No. 15-20855-GLT |
| **LISA R. BALDWIN,** and **MARLON E. YOUNGBLOOD,** | Chapter 13 |
| *Debtors*. | |
| **MIDFIRST BANK,** | |
| *Movant,* | |
| v. | Related Dkt. Nos. 129, 136, and 139 |
| **LISA R. BALDWIN,** and **MARLON E. YOUNGBLOOD,** | |
| *Respondents*. | |

## ORDER

The Court conducted a hearing on November 18, 2020 to consider MidFirst Bank's *Motion for Relief from the Automatic Stay* [Dkt. No. 129] and the Debtors' *Response* [Dkt. No. 136]. Although MidFirst filed a proposed order attempting to withdraw the *Motion* [Dkt. No. 139], the request was not granted because the Court wanted the parties to address certain discrepancies in their papers. In particular, the Debtors claim to have made all postpetition mortgage payments since June 1, 2020, while MidFirst contends the mortgage obligations are in default. Because counsel for MidFirst failed to appear for the hearing, the Court could not address these items in further detail, thereby necessitating a continuance.

For the forgoing reasons and the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. **On or before December 4, 2020**, counsel for MidFirst Bank shall initiate a telephonic (or digital) meet and confer with Debtors' counsel at a mutually agreeable date and time. During the meet and confer, the parties shall be prepared to address the status of the Debtors' mortgage payments from June 1, 2020 through November 30, 2020 for the purpose of determining whether: (a) the Debtors made all required payments, and (b) such payments were actually received by MidFirst and accurately credited to the Debtors' account.

2. To the extent the parties are unable to agree on the status of the Debtors' mortgage payment obligations at the meet and confer, then **on or before December 9, 2020**, the Debtors shall file copies of all mortgage payments made to MidFirst from June 1, 2020 through November 30, 2020 (including but not limited to, copies of all checks or money orders submitted and the dates of such payments).

3. **On or before December 23, 2020**, in response to the Debtors' submission as required above, MidFirst shall file a copy of the Debtors' mortgage account transaction history indicating all payments received and credited to the Debtors' account from June 1, 2020 through November 30, 2020.

4. The hearing on the *Motion for Relief from the Automatic Stay* [Dkt. No. 129] is **CONTINUED** to **January 13, 2021, at 9 a.m. Counsel for MidFirst Bank shall appear at the continued hearing.** The hearing will be held via Zoom video conference. Parties that wish to participate in the hearing shall consult Judge Taddonio's Modified Procedures and register for the hearing.

5. The Court retains jurisdiction to address the *Motion* and any related factual disputes.

Dated: November 20, 2020

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-20855-GLT |
| Marlon E. Youngblood | Chapter 13 |
| Lisa R. Baldwin | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marlon E. Youngblood, Lisa R. Baldwin, 405 North Holland Avenue, Braddock, PA 15104-1212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Marlon E. Youngblood areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Joint Debtor Lisa R. Baldwin areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Lisa R. Baldwin areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Marlon E. Youngblood areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |

Brian Nicholas
 on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Brian Nicholas
 on behalf of Creditor MidFirst BAnk bnicholas@kmllawgroup.com

Catriona Madalyn Coppler
 on behalf of Defendant Internal Revenue Service Catriona.M.Coppler@usdoj.gov eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

James R. Wood
 on behalf of Creditor Borough of Rankin jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Jeffrey R. Hunt
 on behalf of Creditor Woodland Hills School District jhunt@grblaw.com  cnoroski@grblaw.com

Jill Locnikar
 on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Manuel-Coughlin
 on behalf of Creditor CITIMORTGAGE  INC. bankruptcy@powerskirn.com

Katherine M. Reinhart
 on behalf of Defendant Internal Revenue Service Katherine.Reinhart@usdoj.gov  Eastern.Taxcivil@usdoj.gov

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
 on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

William E. Craig
 on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 17