## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-20855-GLT |
| | ) | |
| Marlon E. Youngblood | ) | Chapter 13 |
| Lisa R. Baldwin | ) | |
|    Debtors | ) | Doc. No.: |
| | ) | |
| MidFirst Bank | ) | |
|    Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Marlon E. Youngblood | ) | |
| Lisa R. Baldwin | ) | |
|    Respondent | ) | |

## STATUS REPORT

**AND NOW** comes, Albert G. Reese Jr., Esquire, and The Law Office of Albert G. Reese, Jr., and respectfully presents the within Status Report and avers as follows:

1. On November 18, 2020, this Honorable Court held a Motion for Relief from Stay hearing. It should be noted that Counsel has consented to the withdrawal of the Motion for Relief and that the Court has entered the Order on November 20. 2020. At the hearing Counsel was concerned about past due mortgage payments not posting to the Debtor's mortgage account; and as a result, the Court extended additional time to ascertain the additional information.

2. After speaking with the Debtor Wife, she informed me that the lender had made her a loss mitigation offer outside bankruptcy and that she had accepted the offer and has paid approximately $1,244.00 directly to the lender pursuant to the agreement. Counsel has advised Debtor to forward documents (checks and LMP offer) immediately. Counsel will attach the documents as an exhibit upon receipt from the Debtor.

**WHEREFORE**, the Debtor(s) respectfully request that this Honorable Court canceled the hearing currently scheduled for January 13, 2021 as moot.

Dated: **December 9, 2020**            **/s/ Albert G. Reese, Jr., Esq.**
                                        Albert G. Reese, Jr., Esq.
                                        P.A. I.D #93813
                                        Law Office of Albert G. Reese, Jr.
                                        640 Rodi Road, Fl.2, Ste.2
                                        Pittsburgh, PA 15235