FILED
12/18/20 5:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lisa R. Baldwin<br>Marlon E. Youngblood<br>Debtor(s) | |
| MIDFIRST BANK, its successors and/or assigns<br>Movant<br>v.<br>Lisa R. Baldwin<br>Marlon E. Youngblood<br>Respondent<br>and<br>Ronda J. Winnecour, Trustee<br>Additional Respondent | BK. NO. 15-20855 GLT<br>CHAPTER 13<br>Related Dkt. No. 129 |

**ORDER**

AND NOW, this 18th day of December, 2020, at Pittsburgh, upon Motion of MIDFIRST BANK, its successors and/or assigns, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay [Dkt. No. 129] is DENIED as MOOT pursuant to 11 U.S.C. Section 362 (c)(2)(C), as the discharge was entered on October 20, 2020 [Dkt. No. 135].

Dated: 12/17/20

cm: Debtors

GREGORY L. TADDONIO
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-20855-GLT |
| Marlon E. Youngblood | Chapter 13 |
| Lisa R. Baldwin | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marlon E. Youngblood, 405 North Holland Avenue, Braddock, PA 15104-1212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

**Name**              **Email Address**

Albert G. Reese, Jr.
    on behalf of Debtor Marlon E. Youngblood areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.
    on behalf of Joint Debtor Lisa R. Baldwin areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.
    on behalf of Plaintiff Lisa R. Baldwin areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.
    on behalf of Plaintiff Marlon E. Youngblood areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 2 of 2 |
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Brian Nicholas
       on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Brian Nicholas
       on behalf of Creditor MidFirst BAnk bnicholas@kmllawgroup.com

Catriona Madalyn Coppler
       on behalf of Defendant Internal Revenue Service Catriona.M.Coppler@usdoj.gov eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

James R. Wood
       on behalf of Creditor Borough of Rankin jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jeffrey R. Hunt
       on behalf of Creditor Woodland Hills School District jhunt@grblaw.com cnoroski@grblaw.com

Jill Locnikar
       on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Manuel-Coughlin
       on behalf of Creditor CITIMORTGAGE INC. bankruptcy@powerskirn.com

Katherine M. Reinhart
       on behalf of Defendant Internal Revenue Service Katherine.Reinhart@usdoj.gov Eastern.Taxcivil@usdoj.gov

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
       on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

S. James Wallace
       on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

William E. Craig
       on behalf of Creditor Americredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 17