**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 15-20855-GLT |
| | ) | |
| Marlon E. Youngblood & | ) | Chapter 13 |
| Lisa R. Baldwin | ) | |
|     Debtors | ) | Doc. No.: |
| | ) | |
| Marlon E. Youngblood & | ) | Related to Doc. No.: |
| Lisa R. Baldwin | ) | |
|     Movants | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Clerk of Bankruptcy Court, | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondents | ) | |

## **AMENDED CERTIFICATE OF SERVICE**

I, Albert Green Reese, Jr., Esquire, declare that I am a resident or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, 2nd Floor, Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and not a party to this case.

On **February 24, 2021** I served a copy of the **Motion for Turnover of Funds, Exhibits, Order of Court and Zoom Hearing Notice** upon the parties listed below. The types of services made on the parties were: **Electronic Notification and/or U.S. First Class Mail.**

**15-20855-GLT Notice will be electronically mailed to:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Catriona Madalyn Coppler on behalf of Defendant Internal Revenue Service
Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

William E. Craig on behalf of Creditor Americredit Financial Services, Inc. dba GM Financial
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Jeffrey R. Hunt on behalf of Creditor Woodland Hills School District

jhunt@grblaw.com, cnoroski@grblaw.com

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Manuel-Coughlin on behalf of Creditor CITIMORTGAGE, INC.
bankruptcy@powerskirn.com

Brian Nicholas on behalf of Creditor MidFirst Bank
bnicholas@kmllawgroup.com

Katherine M. Reinhart on behalf of Defendant Internal Revenue Service
Katherine.Reinhart@usdoj.gov, Eastern.Taxcivil@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company, LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

James R. Wood on behalf of Creditor Borough of Rankin
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com


**15-202855-GLT Notice will not be electronically mailed to:**

**Executive Office for United States Attorneys
United States Department of Justice
950 Pennsylvania Avenue, NW, Room 2242
Washington, DC 20530-0001**

**Marlon Youngblood
Lisa Baldwin
405 North Holland Avenue
Braddock, PA 15104**

Ronda Winnecour, Trustee
US Steel Tower
600 Grant Street -Suite 3250
Pittsburgh, PA 15219

Office of The United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Clerk of Bankruptcy Court
600 Grant Street #5414
Pittsburgh, PA 15219

Acba Fcu
CitiMortgage, Inc.
P.O. Box 688971
Des Moines, IA 50368-8971

AES/PNC Bank
1200 N 7th St
Harrisburg, PA 17102

Afni, Inc.
Attn: Bankruptcy
PO Box 3097
Bloomington, IL 61702

Afni, Inc.
1310 Martin Luther King Drive
PO Box 3427
Bloomington, IL 61702-3427

American Coradius International LLC
2420 Sweet Home Road
Suite 150
Amherst, NY 14228-2244

AmeriCredit Financial Services, Inc. dba GM Finance
P O Box 183853
Arlington, TX 76096

Applied Card Bank
Attention: Bankruptcy
Po Box 17125
Wilmington, DE 19850

Applied Card Bank
4700 Exchange Court
Boca Raton, FL 33431

Atlantic Credit & Finance
c/o Javtich Block & Rathbone
1100 Superior Avenue 19th Floor
Cleveland, OH 44144

Atlantic Credit and Finance
c/o Frederic I. Weinberg
1001 E. Hector Street
Suite 220
Conshohocken, PA 19428

Borough of Rankin

c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

CACH, LLC/Square Two Financial
Attention: Bankruptcy
4340 South Monaco Street
2nd Floor
Denver, CO 80237

Citi Financial
300 Saint Paul Pl.
Baltimore, MD 21202

Citimortgage Inc
fka First Nationwide Mortgage Corp
1000 Technology Drive
O Fallon, MO 63368

Citmortgage Inc
5280 Corp Drive #0002
Frederick, MD 21701

Comcast
300 Corliss Street
Pittsburgh, PA 15220

Credit Collections Srv.
Po Box 9134
Needham, MA 02494

Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15205

Duquesne Light Company
c/o Peter J. Ashcroft,
Bernstein-Burkley, P.C.,
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219

ECMC
PO BOX 16408
ST. PAUL MN 55116-0408

Edwin A. Abrahamsen & Associates
1729 Pittston Avenue
Scranton, PA 18505

Enhanced Recovery Corp
Attention: Client Services

8014 Bayberry Rd
Jacksonville, FL 32256

Gm Financial
Po Box 181145
Arlington, TX 76096

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Lane Bryant
4590 E. Broad Street
Columbus, OH 43213

Lowes/MBGA/GEMB
PO Box 956005
Roswell, GA 30076

MAIN STREET ACQUISITION CORP., ASSIGNEE
OF HSBC CARD SERVICES (III) INC.
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

Michael Ratchford
409 Lackawanna Ave, Ste 3C
Scranton, PA 18503-2059

Midland Credit Management Inc.
PO Box 60578
Los Angeles, CA 90060

Midland Credit Management, Inc
8875 Aero Drive
San Diego, CA 92123

Nco Fin /99
Po Box 15636
Wilmington, DE 19850

Nco Fin/55
Po Box 13570
Philadelphia, PA 19101

NCO Financial
PO Box 15618
Wilmington, DE 19850

Peoples Natural Gas
PO Box 644760
Pittsburgh, PA 15264-4760

Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery
120 Corporate Blvd.
Suite 1
Norfolk, VA 23502

Powers, Kirn & Javardian, LLC
1310 Industrial Blvd.
1st Floor/Suite 101
Southampton, PA 18966

Rankin Boro
Portnoff Law Associates, LTD
PO Box 3020
Norristown, PA 19404

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Sprint Corp.
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Statewide Credit Association
Po Box 781268
Indianapolis, IN 46278

Statewide Credit Association
6947 Hillsdale Court
Indianapolis, IN 46250

The Law Offices of Michael K. Sipes
9381 East Stockton Blvd.
Suite 116
Elk Grove, CA 95624

University Of Pittsburgh
127 Thackeray Hall
Pittsburgh, PA 15260

University of Pittsburgh
ATTN LEGAL DEPT
127 Thackeray Hall
Pittsburgh, PA 15260

Verizon Pen
Verizon Wireless Department/Attn: Bankruptcy
Po Box 3397
Bloomington, IL 61702

Wilkinsburg-Penn Joint Water Authority
2200 Robinson Blvd.
Pittsburgh, PA 15221

Winchester Thurston School City Campus
Financial/Legal Department
555 Morewood Ave
Pittsburgh, PA 15213

Woodland Hills SD
c/o Goehring Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

      Respectfully submitted by:
      **/s/ Albert G. Reese, Jr., Esquire**
      Albert G. Reese, Jr., Esquire
      PA ID #93813
      Law Office of Albert G. Reese, Jr.