## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | Case No.: 15-20855-GLT |
| ) | | |
| Marlon E. Youngblood & ) | | Chapter 13 |
| Lisa R. Baldwin ) | | |
|    Debtors ) | | Doc. No.: |
| ) | | |
| Marlon E. Youngblood & ) | | Related to Doc. No.: |
| Lisa R. Baldwin ) | | |
|    Movants ) | | |
| ) | | |
|    v. ) | | |
| ) | | |
| Clerk of Bankruptcy Court, ) | | |
| Ronda J. Winnecour, Trustee ) | | |
|    Respondents ) | | |

### CERTIFICATION OF NO OBJECTION
### REGARDING MOTION TO TURNOVER FUNDS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Turnover Funds, filed on February 23, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Turnover Funds appears thereon. Pursuant to the Notice of Hearing, a response to the Motion to Turnover Funds was to be filed and served no later than March 12, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Turnover Funds be entered by the Court.

Dated: **March 15, 2021**             By: **/s/ Albert G. Reese, Jr., Esq.**
                                                                       Albert G. Reese, Jr., Esq.
                                                                       PA ID #93813
                                                                       Law Office of Albert G. Reese, Jr.
                                                                       640 Rodi Road, FL. 2, Suite 2
                                                                       Pittsburgh, PA 15235
                                                                       412-241-1697 (telephone)
                                                                       412-241-1687 (fax)
                                                                       areese8897@aol.com
                                                                       Attorney for Debtor