```
                                                           FILED
                                                           3/16/21 12:38 pm
                                                           CLERK
                                                           U.S. BANKRUPTCY
                                                           COURT - WDPA
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 15-20855-GLT |
| | ) | |
| Marlon E. Youngblood & | ) | Chapter 13 |
| Lisa R. Baldwin | ) | |
|     Debtors | ) | Doc. No.: |
| | ) | |
| Marlon E. Youngblood & | ) | Related to Doc. No.: 154 |
| Lisa R. Baldwin | ) | |
|     Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Clerk of Bankruptcy Court, | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondents | ) | |

## MODIFIED DEFAULT ORDER OF COURT

AND NOW, this __16th__ day of __March__, 2021 it is hereby

ORDERED, ADJUDGED, AND DECREED, that the Clerk of Bankruptcy Court release the debtor refunds in the amount of $1,043.38 and $1,746.46 for a total amount of $2,789.84, directly to the Debtors. The Clerk shall mark this case closed at the appropriate time.

Prepared by: __Albert Reese, Esq.__

**DEFAULT ENTRY**

Dated: __March 16, 2021__

_____
Gregory L. Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Marlon E. Youngblood  
Lisa R. Baldwin  
    Debtors

Case No. 15-20855-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 2  
Date Rcvd: Mar 16, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marlon E. Youngblood, Lisa R. Baldwin, 405 North Holland Avenue, Braddock, PA 15104-1212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Marlon E. Youngblood areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Joint Debtor Lisa R. Baldwin areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Lisa R. Baldwin areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Marlon E. Youngblood areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 2 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Brian Nicholas
    on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor MidFirst BAnk bnicholas@kmllawgroup.com

Catriona Madalyn Coppler
    on behalf of Defendant Internal Revenue Service Catriona.M.Coppler@usdoj.gov eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

James R. Wood
    on behalf of Creditor Borough of Rankin jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jeffrey R. Hunt
    on behalf of Creditor Woodland Hills School District jhunt@grblaw.com cnoroski@grblaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Manuel-Coughlin
    on behalf of Creditor CITIMORTGAGE INC. bankruptcy@powerskirn.com

Katherine M. Reinhart
    on behalf of Defendant Internal Revenue Service Katherine.Reinhart@usdoj.gov Eastern.Taxcivil@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Americredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 17